# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. FISHER, | 1:11cv01580 LJO DLB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document 2) |
| FRESNO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff Raymond M. Fisher ("Plaintiff") is a state prisoner proceeding pro se in this action. Plaintiff filed his complaint on September 19, 2011, and is seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated:   September 21, 2011            /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1